16-10205

FILED

2016 JAN 19 AM 9: 16

M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP. CLK.

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

<u>Western</u> District of <u>Washington</u>
                              (State)

Case number (If known): _____ Chapter _____

☐ Check if this is an
  amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Madison Hotel Apartments LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   2 6 — _0 6 2 4 9 7 2 __ ___ ___

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 13708 240th Ave SE | |
   | Number   Street | Number   Street |
   | | P.O. Box |
   | Issaquah      WA   98027 | |
   | City            State   ZIP Code | City            State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | King | 1029 W 1st St, Spokane, WA 99201 |
   | County | Number   Street |
   | | |
   | | City            State   ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☒ Yes. District  Eastern Washington  When  2011                 Case number _____
                                          MM / DD / YYYY

     District _____  When _____  Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☐ Yes.  Debtor _____  Relationship _____

     District _____  When _____
                                             MM / DD / YYYY

     Case number, if known _____

| Debtor | Madison Hotel Apartments LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☑ Yes. Insurance agency ___Kibbles & Prentiss ce___

Contact name ___MaryJane Calderon___

Phone ___206-441-6300___

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____01/19/2016_____
              MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

_____Andrew S Elliott_____
Printed name

Title _Member, Spokane Partners, Managing_ Member

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date _____
     MM / DD / YYYY

Printed name _____

Firm name _____

Number      Street _____

City _____  State ___  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

---

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☒ No. Go to Part 2.
   - ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**                                                                                    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*
   - 4.1. _____    $_____
   - 4.2. _____    $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☒ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
   - 7.1. _____    $_____
   - 7.2. _____    $_____

Case 16-10205-CMA    Doc 1    Filed 01/19/16    Ent. 01/19/16 09:32:49    Pg. 5 of 24

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:    _____  –  _____  = ........➔    $_____
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    _____  –  _____  = ........➔    $_____
                         face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Case 16-10205-CMA    Doc 1    Filed 01/19/16    Ent. 01/19/16 09:32:49    Pg. 6 of 24

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ / ___ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                          $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                          $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Case 16-10205-CMA    Doc 1    Filed 01/19/16    Ent. 01/19/16 09:32:49    Pg. 9 of 24

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 apartment buildin1029 W 1st, Spokane | owner | $ 400,000.00 | market | $ 4,000,000.00 |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      $_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>leases | $_____ | _____ | $ 50,000.00 |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.      $ 50,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  = ➔   $_____
                                       Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____

_____    Tax year _____   $_____

_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

improper lending practices                                        $_____

**Nature of claim**         tort_____

**Amount requested**     $_10,000,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                         $_____

**Nature of claim**         _____

**Amount requested**     $_____

76. **Trusts, equitable or future interests in property**

_____                         $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                         $_____

_____                         $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ..........................➔ | | $ 4,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 50,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column. ............ 91a. | $_____ | + 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................    $ 4,450,000.00

Fill in this information to identify the case:

Debtor name __Madison Hotel Apartments LLC__

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of claim
Do not deduct the value
of collateral.

**Column B**
Value of collateral
that supports this
claim

**2.1** Creditor's name
US Bank

Describe debtor's property that is subject to a lien
1st Deed of Trust          $ 5,600,000.00    $ 4,500,000.00

Creditor's mailing address
Attn: Bankruptcy Department
4801 Frederica St
Owensboro, KY 42301

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**2.2** Creditor's name
_____

Describe debtor's property that is subject to a lien
_____          $_____    $_____

Creditor's mailing address
_____

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

| Debtor | Madison Hotel Apartments LLC |
| --- | --- |
| United States Bankruptcy Court for the: | Western | District of | WA |
| | | | (State) |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**
Priority creditor's name and mailing address
Avista
1411 E Mission Ave
Spokane, WA 99252

As of the petition filing date, the claim is: $ 5427.35    $ _____
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/2015, 7/2015

Basis for the claim: _____

Last 4 digits of account
number    0000

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.2**
Priority creditor's name and mailing address
City of Spokane
808 W Spokane Falls Blvd
Spokane, WA 99256

As of the petition filing date, the claim is: $ 90,407.70    $ _____
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
2/2014-10/2015

Basis for the claim: _____

Last 4 digits of account
number    8216

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.3**
Priority creditor's name and mailing address
City of spokane Bid
808 W Spokane Falls blvd
Spokane, WA 99201-3306

As of the petition filing date, the claim is: $ 8,179.73    $ _____
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/2009-11/2015

Basis for the claim: _____

Last 4 digits of account
number    1132

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**Part 1.    Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._**    Priority creditor's name and mailing address

$ __774.37__          $ _____

City of Spokane, Bid
808 W Spokane Falls blvd
Spokane, WA 99201-3306

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_1/2010-5/2015_

**Basis for the claim:**
_____

**Last 4 digits of account number** __478__

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2._**    Priority creditor's name and mailing address

$ _____          $ _____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2._**    Priority creditor's name and mailing address

$ _____          $ _____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2._**    Priority creditor's name and mailing address

$ _____          $ _____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Case 16-10205-CMA    Doc 1    Filed 01/19/16    Ent. 01/19/16 09:32:49    Pg. 15 of 24

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Baker Construction & Development, Inc.
2711 East Sprague Ave
Spokane, WA 99202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____3,400_____

Basis for the claim: _____

Date or dates debt was incurred     8/2012
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Berreth, Smith & Associates PLLC
521 N Argonne Rd Ste 101
Spokane Valley, WA 99212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____48,449.85_____

Basis for the claim: _____

Date or dates debt was incurred     2015
Last 4 digits of account number   6859 __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Cornerstone Property Advisors LLC
1311 N Washington Ste C
Spokane, WA 99201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____2,148.00_____

Basis for the claim: _____

Date or dates debt was incurred     2013
Last 4 digits of account number   629 __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Davidson, Backman, Medeiros PLLC
601 W Riverside Ave Ste 1550
Spokane, WA 99201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____3,000.00_____

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
DCT Controls, Inc.
PO Box 6303
Spokane, WA 99217-0905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____511.98_____

Basis for the claim: _____

Date or dates debt was incurred     12/2014
Last 4 digits of account number   8471 __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Drywall Specialties
5910 N Freya
Spokane, WA 99217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____3,467.54_____

Basis for the claim: _____

Date or dates debt was incurred     8/2013
Last 4 digits of account number   3435

**Is the claim subject to offset?**
☐ No
☐ Yes

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.___ **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 108.70 |
| Inland Empire Fire Protection | Check all that apply. |
| PO Box 4015 | ☐ Contingent |
| Spokane, WA 99220-0901 | ☐ Unliquidated |
| | ☐ Disputed |
| | ☐ Liquidated and neither contingent nor disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   10/2015 | **Is the claim subject to offset?** |
| Last 4 digits of account number   2829 __ __ __ | ☐ No   ☐ Yes |

| | |
|---|---|
| 3.___ **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 5,500.00 |
| Jim Kolva Associates | Check all that apply. |
| 115 S Adams St. | ☐ Contingent |
| Spokane, WA 99201 | ☐ Unliquidated |
| | ☐ Disputed |
| 3/2013 | **Basis for the claim:** _____ |
| 1201 | |
| Date or dates debt was incurred   _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☐ No   ☐ Yes |

| | |
|---|---|
| 3.___ **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 3,513.80 |
| Otis Elevator Company | Check all that apply. |
| PO Box 73579 | ☐ Contingent |
| Chicago, IL 60673-7579 | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   8/2015-10/2015 | **Is the claim subject to offset?** |
| Last 4 digits of account number   9711 | ☐ No   ☐ Yes |

| | |
|---|---|
| 3.___ **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 3,500.00 |
| Reznick, LLD | Check all that apply. |
| 21700 Oxnard St. | ☐ Contingent |
| Woodland Hills, CA 91367 | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   4/2010 | **Is the claim subject to offset?** |
| Last 4 digits of account number   9053 __ __ __ | ☐ No   ☐ Yes |

| | |
|---|---|
| 3.___ **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,048.96 |
| Rubenstein's Contract Carpet LLC | Check all that apply. |
| 11303 E Montgomery Dr #3 | ☐ Contingent |
| Spokane Valley, WA 99206 | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   9/2015 | **Is the claim subject to offset?** |
| Last 4 digits of account number   5628 __ __ __ | ☐ No   ☐ Yes |

Case 16-10205-CMA    Doc 1   Filed 01/19/16   Ent. 01/19/16 09:32:49   Pg. 17 of 24

Debtor  Madison HOtel Apartments LLC
  Name

Case number (if known)_____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Servpro of Spokane Valley
PO Box 769
Liberty Lake, WA 99019

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred    9/2015
Last 4 digits of account number    8730

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____271.75_____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

Case 16-10205-CMA    Doc 1    Filed 01/19/16    Ent. 01/19/16 09:32:49    Pg. 18 of 24

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**
             State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | elevator service | Otis Elevator<br>PO Box 73579<br>Chicago, IL 60673-7579 |

     State the term remaining

     List the contract number of any government contract

| | | |
|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | monitoring service | Allied Fire & Security<br>425 W 2nd Ave<br>Spokane, WA 99201 |

     State the term remaining

     List the contract number of any government contract

| | | |
|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | maintenance contract | Cozzetto Coin Laundry<br>319 W 3rd Ave<br>Spokane, WA  99201 |

     State the term remaining

     List the contract number of any government contract

| | | |
|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |

     State the term remaining

     List the contract number of any government contract

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |

     State the term remaining

     List the contract number of any government contract

Case 16-10205-CMA    Doc 1    Filed 01/19/16    Ent. 01/19/16 09:32:49    Pg. 19 of 24

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._  State what the contract or lease is for and the nature of the debtor's interest

_____     _____

State the term remaining

List the contract number of any government contract

_____     _____

2._  State what the contract or lease is for and the nature of the debtor's interest

_____     _____

State the term remaining

List the contract number of any government contract

_____     _____

2._  State what the contract or lease is for and the nature of the debtor's interest

_____     _____

State the term remaining

List the contract number of any government contract

_____     _____

2._  State what the contract or lease is for and the nature of the debtor's interest

_____     _____

State the term remaining

List the contract number of any government contract

_____     _____

2._  State what the contract or lease is for and the nature of the debtor's interest

_____     _____

State the term remaining

List the contract number of any government contract

_____     _____

2._  State what the contract or lease is for and the nature of the debtor's interest

_____     _____

State the term remaining

List the contract number of any government contract

_____     _____

2._  State what the contract or lease is for and the nature of the debtor's interest

_____     _____

State the term remaining

List the contract number of any government contract

_____     _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _01/16/2016_
    MM/ DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

_ANDREW S. ELLIOTT_
Printed name

_MANAGER_
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Allied Fire & Security
425 W 2nd Ave
Spokane, WA 99201


Cozzetto Coin Laundry
319 W 3rd Ave
Spokane, WA 99201


Otis Elevator Company
Acct 9711
PO Box 73579
Chicago, IL 60673-7579


US Bank
Attn: Bankruptcy Dept.
4801 Frederica St.
Owensboro, KY 42301


Avista
1411 E Mission Ave
Spokane, WA 99252


City of Spokane
Acct -8216 and -1132 and -478
808 W Spokane Falls Blvd
Spokane, WA 99256


Baker Construction & Development, Inc
2711 Eat Spragu7e Ave
Spokane, WA 99202


Berreth, Smikth & Associates PLLC
521 N Argonne Rd Ste 101
Spokane Valley, WA 99212


Cornerstone Property Advisors LLC
1311 N Washington Ste C
Spokane, WA 99201


Davidson, Backman, Medeiros PLLC
601 W Riverside Ave Ste 1550
Spokane, WA 99201

DCT Controls, Inc
Acct 8471
PO Box 6303
Spokane, WA 99217-0905

Drywall Specialties
Acct 3435
5910 N Freya
Spokane, WA 99217

Inland Empire Fire Protection
Acct 2829
PO Box 40151
Spokane, WA 99220-0901

Jim Kolva Associates
Acct 1201
115 S Adams St
Sp[okane, WA 99201

Reznick, LLC
Acct 9053
21700 Oxnard St
Woodland Hills, CA 91367

Rubenstein's Contract Carpet LLC
Acct 5628
11303 E Montgomery Dr #3
Spokane, Valley, WA 99206

Servpro
Acct 8730
PO box 769
Liberty Lake, WA 99019

RECEIVED

2016 JAN 19 AM 9: 16

M. L. HATCHET, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE

BY _____ DEP. CLK